FORM B1

| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Thomas, Melvin L.** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Van Arkel, Carol L** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**8000** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if<br>more than one, state all):<br>**7944** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**308 West Goodenow Road**<br>**Beecher, Illinois  60401** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**308 West Goodenow Road**<br>**Beecher, Illinois  60401** |
| County of Residence or of the<br>Principal Place of Business:     **Will** | County of Residence or of the<br>Principal Place of Business:     **Will** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☒ Individual(s)          ☐ Railroad<br>☐ Corporation        ☐ Stockbroker<br>☐ Partnership         ☐ Commodity Broker<br>☐ Other _____ ☐ Clearing Bank | | ☐ Chapter 7        ☐ Chapter 11      ☒ Chapter 13<br>☐ Chapter 9        ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☒ Consumer/Non-Business        ☐ Business | | **Filing Fee** (Check one box)<br>☒ Full Filing Fee Attached |
| **Chapter 11 Small Business (Check all boxes that apply)**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>   11 U.S.C. § 1121(e) (Optional) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>   Must attach signed application for the court's consideration certifying<br>   that the debtor is unable to pay fee except in installments.<br>   Rule 1006(b). See Official Form No. 3. |

| **Statistical/Administrative Information**  (Estimates only)<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will<br>be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Estimated Number of Creditors | 1-15<br>☐ | 16-49<br>☒ | 50-99<br>☐ | 100-199<br>☐ | 200-999<br>☐ | 1000-over<br>☐ | |
|---|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000<br>☐ | $50,001 to<br>$100,000<br>☐ | $100,001 to<br>$500,000<br>☐ | $500,001 to<br>$1 million<br>☒ | $1,000,001 to<br>$10 million<br>☐ | $10,000,001 to<br>$50 million<br>☐ | $50,000,001 to<br>$100 million<br>☐ | More than<br>$100 million<br>☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000<br>☐ | $50,001 to<br>$100,000<br>☐ | $100,001 to<br>$500,000<br>☐ | $500,001 to<br>$1 million<br>☒ | $1,000,001 to<br>$10 million<br>☐ | $10,000,001 to<br>$50 million<br>☐ | $50,000,001 to<br>$100 million<br>☐ | More than<br>$100 million<br>☐ |

(Official Form 1) (12/03)

(Official Form 1) (12/03)

FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):  Melvin L. Thomas, Carol L Van Arkel |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed:  **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor:<br>  **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _____
Signature of Attorney

Signature of Attorney for Debtor(s)

**George P. Galanos,  11556-45**
Printed Name of Attorney for Debtor(s) / Bar No.

**George P. Galanos**
Firm Name

**Attorney at Law  One Professional Center, #312**
Address

**Crown Point, Indiana  46307**

**219/663-1938**                    **219/663-3799**
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐     Yes, and Exhibit C is attached and made a part of this petition.

☒     No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form B6
(6/90)

# United States Bankruptcy Court
## Northern District of Illinois
## Eastern Division

In re **Melvin L. Thomas**            **Carol L Van Arkel**            Case No.

Chapter    **13**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 499.900.00 | | |
| B - Personal Property | YES | 3 | $ 21.551.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 465,100.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 3 | | $ 6,478.90 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $ 172,006.42 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 5.183.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $ 4.233.00 |
| Total Number of sheets in ALL Schedules ➢ | | 19 | | | |
| Total Assets  ➢ | | | $ 521,451.00 | | |
| Total Liabilities  ➢ | | | | $ 643,585.32 | |

FORM B6A
(6/90)

In re: **Melvin L. Thomas** _____ **Carol L Van Arkel** _____ , Case No. _____
                **Debtor**                                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **308 West Goodenow Road, Beecher, Illinois** | **Fee Owner** | J | $ 499,900.00 | $ 446,000.00 |
| | | Total ➢ | $ 499,900.00 | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re  **Melvin L. Thomas**                    **Carol L Van Arkel**              Case No.
　　　　　　 Debtor                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Money** | | **100.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Corporate America Family Credit Union** | | **1.00** |
| | | **Peotone Bank & Trust Co checking** | | **300.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Furnishings** | | **1,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothes** | J | **500.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **household tools** | J | **300.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **First Penn-Pacific Life Insurance Company -- term policy** | | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |

FORM B6B
(10/89)

In re  **Melvin L. Thomas**                    **Carol L Van Arkel**           Case No.
_____       _____       _____
           Debtor                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | "The Mastery of Learning" -- book authored by Mel Thomas | J | 0.00 |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 GMC Safari | J | 6,200.00 |
| | | 2000 Jeep Grand 4D Sport | | 12,900.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Computer & Printer | J | 250.00 |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |

FORM B6B
(10/89)

In re  **Melvin L. Thomas**                    **Carol L Van Arkel**              Case No. _____
_____                                                              _____
Debtor                                                                               (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | **CitiBank (South Dakota)  vs.  Melvin L. Thomas** | | 0.00 |
| | | **Thomas  vs.  Discover Credit Card** | | 0.00 |
| | | **Van Arkel  vs.  Discover Financial Services** | | 0.00 |

__2__  continuation sheets attached                    Total ⟶        $  21,551.00

(Include amounts from any continuation sheets
attached. Report total also on Summary of
Schedules.)

FORM B6C
(6/90)

In re  **Melvin L. Thomas**                    **Carol L Van Arkel**                        , Case No. _____
_____
                    Debtor.                                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).   **Note: These exemptions are available only in certain states.**

☑ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| "The Mastery of Learning" -- book authored by Mel Thomas | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| 1999 GMC Safari | 735 ILCS 5/12-1001(c) | 0.00 | 6,200.00 |
| 2000 Jeep Grand 4D Sport | 735 ILCS 5/12-1001(c) | 0.00 | 12,900.00 |
| 308 West Goodenow Road, Beecher, Illinois | 735 ILCS 5/12-901 | 15,000.00 | 499,900.00 |
| CitiBank (South Dakota) vs. Melvin L. Thomas | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| Clothes | 735 ILCS 5/12-1001(a),(e) | 500.00 | 500.00 |
| Computer & Printer | 735 ILCS 5/12-1001(b) | 250.00 | 250.00 |
| Corporate America Family Credit Union | 735 ILCS 5/12-1001(b) | 1.00 | 1.00 |
| First Penn-Pacific Life Insurance Company -- term policy | 735 ILCS 5/12-1001(h)(3) | 0.00 | 0.00 |
|  | 735 ILCS 5/12-1001(f) | 0.00 |  |
|  | 215 ILCS 5/238 | 0.00 |  |
|  | 735 ILCS 5/12-1001(b) | 0.00 |  |
| Household Furnishings | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| household tools | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| Money | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| Peotone Bank & Trust Co checking | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| Thomas vs. Discover Credit Card | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| Van Arkel vs. Discover Financial Services | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |

FORM B6D
(12/03)

In re: **Melvin L. Thomas**          **Carol L Van Arkel**          Case No. _____
                      Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   650 10001803129<br>**Bank of America**<br>P.O. Box 45224<br>Jacksonville, FL  32203 | | | 10/08/2004<br>Security Agreement<br>1999 GMC Safari<br><br>VALUE $6,200.00 | | | | 6,200.00 | 0.00 |
| ACCOUNT NO.<br>**CarMax**<br>1370 East 79th Place<br>Merrillville, IN  46410<br><br>**CarMax Auto Finance**<br>P.O. Box 3174<br>Milwaukee, WI  53201-3174 | | | 08/24/2004<br>2000 Jeep Grand 4D Sport<br><br>VALUE $12,900.00 | | | | 12,900.00 | 0.00 |
| ACCOUNT NO.   040102411<br>**CountryWide Mortgage Company**<br>P.O. Box 650070<br>Dallas, TX  75265-0070<br><br>**Fishter & Fisher**<br>**Attorneys at Law**<br>120 N. LaSalle St.<br>Ste#2520<br>Chicago, IL  60602<br><br>**The American National Bank of DeKalb Co.**<br>913 South 4th Street<br>Suite #102<br>DeKalb, IL  60115 | | | 06/01/1998<br>Mortgage<br>308 West Goodenow Road,<br>Beecher, Illinois<br><br>VALUE $499,900.00 | | | | 446,000.00 | 0.00 |

0 Continuation sheets attached

| | |
|---|---|
| Subtotal ➤<br>(Total of this page) | $465,100.00 |
| Total ➤<br>(Use only on last page) | $465,100.00 |

(Report total also on Summary of Schedules)

Form B6E
(04/04)

In re  **Melvin L. Thomas**                    **Carol L Van Arkel**                    Case No. _____
_____                    _____                    _____
Debtor                                                                         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☑ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>2</u>  Continuation sheets attached

Form B6E - Cont.
(04/04)

In re **Melvin L. Thomas**                    **Carol L Van Arkel**                    Case No. _____
          Debtor                                                              ,                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   23 15 33 200 008 0000<br>**County of Will -- Real Estate Tax Dept**<br>**302 N. Chicago S.**<br>**Joliet, IL  60432-4059**<br><br>**Will County Attorney's Office**<br>**Will County Office Building**<br>**302 N. Chicago S.**<br>**Joliet, IL  60432-4059** | | | 09/01/2005<br>**2004 Real Estate Tax Pay 2005** | | | | 6,159.90 | 6,159.90 |
| ACCOUNT NO.   23 15 33 200 006 0000<br>**Will County Real Estate Dept**<br>**302 N. Chicago S**<br>**Joliet, IL  60432-4059**<br><br>**County Attorney for Will County**<br>**Will County Office Building**<br>**302 N. Chicago S**<br>**Joliet, IL  60432-4059** | | | 09/01/2005<br>**2004 Real Estate Tax Pay 2005** | | | | 319.00 | 319.00 |

Sheet no. _1_ of _2_ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule E.)

**$6,478.90**

(Report total also on Summary of Schedules)

Form B6E - Cont.
(04/04)

In re   **Melvin L. Thomas** _____ **Carol L Van Arkel** _____ , Case No. _____
Debtor                                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## Type of Priority:  Other Priority Debts

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Key Bank**<br>**P.O. box 94968**<br>**Cleveland, OH  44101-4968**<br><br>**Great Lakes**<br>**P.O. box 3059**<br>**Milwaukee, WI  53201-3059**<br><br>**US Attorney for No. Dist of Illinois**<br>**219 South Dearborn Street**<br>**Chicago, Illinois  60604**<br><br>**Dept of Education** | | | **student loan** | | | | 0.00 | 0.00 |

Sheet no.  2  of  2  sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal ➤<br>(Total of this page) | $0.00 |
|---|---|---|
| | Total ➤<br>(Use only on last page of the completed Schedule E.) | $6,478.90 |

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re  **Melvin L. Thomas** _____ **Carol L Van Arkel** _____ ,  Case No. _____
Debtor                                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4888607006400601** | | | 06/01/1997 | | | | 22,361.68 |
| **Bank of America, N.A.** P.O. Box 53132 Phoenix, AZ 85072-3132 | | | credit card | | | | |
| **Frederick J. Hanna & Assoc., PC** Attorneys at Law 1655 Enterprise Way Merietta, GA 30067 | | | | | | | |
| **National Arbitration Forum** P.O. box 50191 Minneapolis, MN 55405-0191 | | | | | | | |
| ACCOUNT NO.  **5491040231186470** | | | 06/01/1997 | | | | 23,712.93 |
| **Chase Bank USA, NA** P.O. box 52095 Phoenix, AZ 85072-2095 | | | credit card | | | | |
| **Universal Fidelity, LP** P.O. box 941911 Houston, TX 77094-8911 | | | | | | | |
| ACCOUNT NO.  **4366163070114380** | | | 06/01/2000 | | | | 20,628.32 |
| **Chase Manhattan** P.O. Box 52095 Phoenix, AZ 85072-2095 | | | credit card see also:  U54263 | | | | |
| **Vicking Collection Service, Inc** P.O. Box 59207 Minneapolis, MN 55459-0207 | | | | | | | |
| **Bank One (First Card)** P.O. box 50882 Henderson, NV 89016-0882 | | | | | | | |

_4_  Continuation sheets attached

Subtotal  ▶

Total  ▶

$66,702.93

Form B6F - Cont.
(12/03)

In re   **Melvin L. Thomas**                    **Carol L Van Arkel**                    Case No.
_____
          Debtor                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    5424 1803 3210 3552<br><br>Citi Diamond Preferred MasterCard<br>P.O. Box 6500<br>Sioux Falls, SD  57117-6500 | | | 06/01/1997<br><br>credit card | | | | 3,896.37 |
| ACCOUNT NO.    5256 5002 0127 4064<br><br>Citi MasterCard<br>Processing Center<br>Des Moines, IA  50364-0001<br><br>Citi MasterCard<br>P.O. Box 689182<br>Des Moines, IA  50364-0001 | | | 06/01/2000<br><br>credit card | | | | 4,991.18 |
| ACCOUNT NO.    6011 7662 0687 8258<br><br>Citibank - Gateway USA, NA<br>Processing Center<br>Des Moines, IA  50364-0001 | | | 06/01/1997<br><br>credit card | | | | 4,899.18 |
| ACCOUNT NO.    05-07238-0<br><br>Citibank (South Dakota)<br>P.O. box 689182<br>Des Moines, IA   50364<br><br>Baker, Miller, Markoff & Krasny, LLC<br>Attorneys at Law<br>29 N. Wacker Dr<br>5th Fl<br>Chicago, IL  60606-3221 | | | 06/01/2000<br><br>credit card | | | | 5,682.92 |

Sheet no. _1_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority
Claims

Subtotal    ➤
(Total of this page)

Total    ➤
(Use only on last page of the completed Schedule F.)

$19,469.65

Form B6F - Cont.
(12/03)

In re  **Melvin L. Thomas**                        **Carol L Van Arkel**                    Case No. _____
_____                                                                 _____
Debtor                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4492280235111536** | | | 06/01/2000 | | | X | 27,962.67 |
| **CitiBank (South Dakota, N.A.)** P.O. Box 689182 Des Moines, IA  50364 | | | credit card f/k/a AT & T Universal Card | | | | |
| **Baker, Miller Markoff & Krasny, LLC** Attorneys at Law 29 N. Wacker Drive 5th Floor Chicago, IL  60606-3221 | | | | | | | |
| **AT & T Universal Credit Card** P.O. Box 688915 Des Moines, IA  50368-8915 | | | | | | | |
| **AT & T Universal Credit Card** P.O. Box 8029 Hackensack, NJ  07606 | | | | | | | |
| ACCOUNT NO.  **4602 2201 1076 5375** | | | 06/01/2000 | | | | 10,250.00 |
| **Corporate America Family Family C.U.** P.O. Box 7609 Elgin, IL  60121-7609 | | | credit card | | | | |
| ACCOUNT NO. | | | 10/14/2004 | X | | X | 0.00 |
| **Debt Relief Services Marketing** 65W-1 Division, #121 Eugene, Oregon  97404-2485 | | | debt counseling | | | | |

Sheet no. _2_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page of the completed Schedule F.)

| |
|---|
| $38,212.67 |
| |

Form B6F - Cont.
(12/03)

In re **Melvin L. Thomas** _____ **Carol L Van Arkel** _____ Case No. _____
                    Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6011007790652258** <br><br>**Discover** <br>P.O. box 30395 <br>Salt Lake City, UT 84130-0395 <br><br><br>**Baker, Miller, Markoff & Krasny, LLC** <br>Attorneys at Law <br>29 N. Wacker Dr. <br>5th Fl <br>Chicago, IL 60606-3221 | | | 06/01/2000 <br><br>credit card | | | X | 12,762.77 |
| ACCOUNT NO. **6011009540088676** <br><br>**Discover Financial Services** <br>P.O. box 30395 <br>Salt Lake City, UT 84130-0395 <br><br><br>**Baker, Miller Markoff & Krasny, LLC** <br>Attorneys at Law <br>29 N. Wacker Dr <br>5th Floor <br>Chicago, IL 60606 | | | 06/01/2000 <br><br>credit card | | | X | 12,300.00 |
| ACCOUNT NO. **5490994879096022** <br><br>**MBNA America Bank, NA** <br>P.O. box 15019 <br>Wilmington, DE 19886-5019 <br><br><br>**Wolpoff & Abramson, LLP** <br>Attorneys at Law <br>Two Irvington Centre <br>702 King Farm Blvd., 5th Fl <br>Rockville, MD 20850 | | | 06/01/2000 <br><br>credit card | | | X | 6,730.22 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

| $31,792.99 |
|---|
|  |

Form B6F - Cont.
(12/03)

In re  **Melvin L. Thomas**                    **Carol L Van Arkel**                    ,  Case No. _____
          Debtor                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5121 0750 1409 9993**<br><br>**Sears Gold MasterCard**<br>**P.O. Box 182156**<br>**Columbus, OH  43218-2156** | | | 06/01/1997<br><br>credit card | | | | 14,828.18 |
| ACCOUNT NO.<br><br>**Select A Fee Real Estate Agency**<br>**932 West Madison**<br>**Chicago, IL  60607** | | | 04/28/2005<br><br>**Real Estate Broker -- listing agent** | X | | X | 1,000.00 |

Sheet no.  4  of  4  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤<br>(Total of this page) | | $15,828.18 |
| Total ➤<br>(Use only on last page of the completed Schedule F.) | | $172,006.42 |

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re: **Melvin L. Thomas**                    **Carol L Van Arkel**                    Case No. _____
_____                    _____
Debtor                                                                                (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Debt Relief Services Marketing**<br>**65W-1 Division, #121**<br>**Eugene, Oregon  97404-2485** | debt relief agency |
| **Select A Fee Real Estate System**<br>**932 West Madison**<br>**Chicago, IL  60607** | real estate broker |

B6H
(6/90)

In re: <u>Melvin L. Thomas</u>                    <u>Carol L Van Arkel</u>                    .    Case No. _____

                Debtor                                                                                          (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6I
(12/03)

In re __Melvin L. Thomas_____ __Carol L Van Arkel_____ . Case No. _____
　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **married** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | RELATIONSHIP | | AGE |
| | | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Retired/Substitute Teacher** | **Esthetician** |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | 3,950.00 | $ | 1,700.00 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 3,950.00 | $ | 1,700.00 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 575.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) _____ | $ | 0.00 | $ | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 575.00 | $ | 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 3,375.00 | $ | 1,700.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify) **Dept of Veteran Affairs** | $ | 108.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income (Specify) _____ | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 3,483.00 | $ | 1,700.00 |

TOTAL COMBINED MONTHLY INCOME    __ $ 5,183.00 __    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:　　　**NONE**

Form B6J
(6/90)

In re **Melvin L. Thomas** _____ **Carol L Van Arkel** _____ , **Case No.** _____
Debtor (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,600.00 |
| Are real estate taxes included?    Yes ✓    No _____ | | |
| Is property insurance included?    Yes ✓    No _____ | | |
| Utilities    Electricity and heating fuel | $ | 170.00 |
| Water and sewer | $ | 0.00 |
| Telephone | $ | 150.00 |
| Other _____ | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 450.00 |
| Clothing | $ | 0.00 |
| Laundry and dry cleaning | $ | 25.00 |
| Medical and dental expenses | $ | 0.00 |
| Transportation (not including car payments) | $ | 250.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 22.00 |
| Health | $ | 0.00 |
| Auto | $ | 100.00 |
| Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 465.00 |
| Other _____ | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other    **Misc** _____ | $ | 1.00 |

| | | |
|---|---|---:|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 4,233.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at
some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 5,183.00 |
| B. Total projected monthly expenses | $ | 4,233.00 |
| C. Excess income (A minus B) | $ | 950.00 |
| D. Total amount to be paid into plan each    **Monthly** | $ | 950.00 |
| | (interval) | |

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:  **Melvin L. Thomas**                          **Carol L Van Arkel**                    Case No. _____

Chapter   **13**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1.  Gross Income For 12 Months Prior to Filing:                        $ _____

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   2.  Gross Monthly Income:                                        $ _____ **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

   3.  Net Employee Payroll (Other Than Debtor)              $ _____ **0.00**
   4.  Payroll Taxes                                                _____ **0.00**
   5.  Unemployment Taxes                                          _____ **0.00**
   6.  Worker's Compensation                                       _____ **0.00**
   7.  Other Taxes                                                 _____ **0.00**
   8.  Inventory Purchases (Including raw  materials)              _____ **0.00**
   9.  Purchase of Feed/Fertilizer/Seed/Spray                      _____ **0.00**
  10.  Rent (Other than debtor's principal residence)              _____ **0.00**
  11.  Utilities                                                    _____ **0.00**
  12.  Office Expenses and Supplies                                _____ **0.00**
  13.  Repairs and Maintenance                                     _____ **0.00**
  14.  Vehicle Expenses                                            _____ **0.00**
  15.  Travel and Entertainment                                    _____ **0.00**
  16.  Equipment Rental and Leases                                 _____ **0.00**
  17.  Legal/Accounting/Other Professional Fees                    _____ **0.00**
  18.  Insurance                                                   _____ **0.00**
  19.  Employee Benefits (e.g., pension, medical, etc.)            _____ **0.00**
  20.  Payments to Be Made Directly By Debtor to Secured Creditors For
      Pre-Petition Business Debts (Specify):
      **None**                                                _____

  21.  Other (Specify):

      **None**                                                _____

  22.  Total Monthly Expenses (Add items 3 - 21)                    $ _____ **0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

  23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)     $ _____ **0.00**

Official Form 6 - Cont .
(12/03)

In re: __Melvin L. Thomas_____ __Carol L Van Arkel_____,    Case No. _____
           **Debtor**    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**20**_____
                                               (Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
                                                    **Melvin L. Thomas**

Date: _____    Signature: _____
                                                    **Carol L Van Arkel**

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Form 7
(12/03)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:  **Melvin L. Thomas**          **Carol L Van Arkel**          Case No. _____

    **8000**          **7944**          Chapter   **13**

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **56,651.00** | **Income -- 2003** | **2003** |
| **69,875.00** | **Income -- 2004** | **2004** |
| **2,000.00** | **Income -- 2005** | **2005** |

## 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

None
☑

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CitiBank (South Dakota, NA)  vs.  Melvin L. Thomas**<br>  **05 AR 974** | credit card dispute | **Will Circuit Court<br>Joliet, IL** | **pending** |
| **MBNA, American Bank, N.A.  vs.  Melvin L. Thomas**<br>  **FA0504000453405** | arbitration -- collection | **National Arbitration Forum** | **pending** |
| **Discover vs. Carol L. Van Arkel**<br>  **05 AR 797** | collection | **Will Circuit Court<br>Joliet, IL** | |
| **Mortgage Electronic Registration Systems, Inc vs. Melvin L. Thomas & Carol L. VanArkel-Thomas**<br>  **05-CH-1299** | Mortgage Foreclosure | **Will Circuit Court<br>Joliet, Illinois  60431** | **pending** |
| **Discover Bank  vs.  Melvin L. Thomas**<br>  **05 AR 1332** | collection | **Will Circuit Court<br>Joliet, IL** | **pending** |

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

## 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

## 6.  Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| | | |

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| | | | |

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.**  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **George P. Galanos** **Attorney at Law** **One Professional Center, #312** **Crown Point, Indiana  46307** | **8/18/2005** | **2,600.00** |

**10. Other transfers**

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

**11.  Closed financial accounts**

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.   List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party
to the proceeding, and the docket number.

None
☑

| NAME AND ADDRESS | DOCKET NUMBER | STATUS OR |
| OF GOVERNMENTAL UNIT | | DISPOSITION |

## 18.  Nature, location and name of business

None
☑

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive
of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately
preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the
business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
percent or more of the voting or equity securities within the **six years** immediately preceding the
commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the
business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
percent or more of the voting or equity securities within the **six years** immediately preceding the
commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
U.S.C. § 101.

None
☑

| NAME | ADDRESS |

## 19.  Books, records and financial statements

None
☑

a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of
this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |

b.  List all firms or individuals who within the **two years** immediately preceding the filing of this
bankruptcy case have audited the books of account and records, or prepared a financial statement
of the debtor.

None
☑

| NAME AND ADDRESS | DATES SERVICES RENDERED |

c.  List all firms or individuals who at the time of the commencement of this case were in
possession of the books of account and records of the debtor.  If any of the books of account and
records are not available, explain.

None
☑

| NAME | ADDRESS |
|---|---|

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

None
☑

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None
☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None
☑

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None
☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None
☑

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None
☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None
☑

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six -year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

**25. Pension Funds.**

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature of Debtor _____
Melvin L. Thomas

Date _____     Signature of Joint Debtor _____
Carol L Van Arkel

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family - owned farm.

I, the debtor, affirm that I have read this notice.

| Date | Signature of Debtor | Case Number |
| --- | --- | --- |
| Date | Signature of Joint Debtor | |

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

### Eastern Division

In re:  **Melvin L. Thomas**                **Carol L Van Arkel**                Case No. _____

**8000**                **7944**                Chapter   **13**

# APPLICATION/ORDER FOR FEES

Memorandum of Receipts and Disbursements;
Statement of Attorney Pursuant to Bankruptcy Rule 2016(b);
and Order Thereon

**TO THE HONORABLE BANKRUPTCY JUDGE:**

Applicant hereby makes application for fees and represents that the fee arrangement in this proceeding is as follows:

1. That Applicant, as attorney for the debtor, has performed all services necessary for the confirmation of the Debtor's Plan. The services include interviews with debtor; the preparation and filing of the Debtor's Petition, Chapter 13 Statement, Plan and Plan Analysis; and appearance at the § 341 meeting and confirmation hearing.

2. That Applicant believes a reasonable fee for said services to be  **$2,600.00**  and prays that said fee be approved and allowed.

3. That Applicant has received payments from the debtor and made disbursements on behalf of the debtor, as follows:

|  |  |  |
|---|---|---|
| Total Received | **$1,694.00** | |
| Disbursements: | | |
| Filing fee | **$194.00** | |
| Trustee | | |
| Other | **$0.00** | |
| Total Disbursements: | | **$194.00** |
| Amount applied to attorneys' fees | | **$1,500.00** |
| Balance of attorneys' fees | | **$1,100.00** |

The total amount of money paid to attorney on behalf of debtor within one (1) year of the date of filing is the sum of including fees reserved for Chapter 13.                **$0.00**

4. That in addition to the foregoing statements, Applicant makes the following statements pursuant to Bankruptcy Rule 2016(b):

(a) The details set forth by the debtor herein in the Chapter 13 Statement concerning compensation paid and compensation promised to be paid to his attorney of record is a true, complete and accurate statement of the agreement between the debtor and the attorney of record for legal services rendered and to be rendered herein.

(b) The source of the monies paid by the debtor to the attorney of record to the best of the knowledge and belief of said attorney was:

**None**

(c) The attorney of record has not shared or agreed to share, other than with members of the law firm or corporation, any of said compensation with any other person except:

**None**

Dated: _____                _George P. Galanos_ _____

George P. Galanos, Bar No. **11556-45**

Attorney for Debtor

# ORDER

The sum of $_____ is hereby allowed Applicant as compensation for the services referred to in the above Application and the Trustee is directed to pay the unpaid balance thereof, the sum of $_____ from the estate in accordance with the Plan.

Dated: _____

_____
United States Bankruptcy Judge

### UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:     **Melvin L. Thomas**              **Carol L Van Arkel**          Case No. _____

                                                                            Chapter     **13**

Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
    and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
    paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
    connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,600.00** |
| Prior to the filing of this statement I have received | $ | **1,500.00** |
| Balance Due | $ | **1,100.00** |

2.  The source of compensation paid to me was:

    ☑ Debtor                      ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor                      ☐ Other (specify)

4.  ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
        of my law firm.

    ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
        my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
        attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
    including:

    a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
         a petition in bankruptcy;

    b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)   [Other provisions as needed]
         **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

                                               _____
                                               **George P. Galanos, Bar No.  11556-45**

                                               **George P. Galanos**
                                               Attorney for Debtor(s)

---

George P. Galanos   11556-45
George P. Galanos
Attorney at Law
One Professional Center, #312
Crown Point, Indiana  46307

219/663-1938
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In Re:
Debtor:  **Melvin L. Thomas**
Social Security Number:  **8000**

Case No:

Chapter  **13**

Joint Debtor:  **Carol L Van Arkel**
Social Security Number:  **7944**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. **Bank of America**<br>P.O. Box 45224<br>Jacksonville, FL  32203 | **Secured Claims** | $  6,200.00 |
| 2. **Bank of America, N.A.**<br>P.O. Box 53132<br>Phoenix, AZ  85072-3132 | **Unsecured Claims** | $ 22,361.68 |
| 3. **CarMax**<br>1370 East 79th Place<br>Merrillville, IN  46410 | **Secured Claims** | $ 12,900.00 |
| 4. **Chase Bank USA, NA**<br>P.O. box 52095<br>Phoenix, AZ  85072-2095 | **Unsecured Claims** | $ 23,712.93 |
| 5. **Chase Manhattan**<br>P.O. Box 52095<br>Phoenix, AZ  85072-2095 | **Unsecured Claims** | $ 20,628.32 |

In re:   Melvin L. Thomas                                           Case No. _____
         Carol L Van Arkel

| 6. | Citi Diamond Preferred MasterCard<br>P.O. Box 6500<br>Sioux Falls, SD  57117-6500 | Unsecured Claims | $ 3,896.37 |
| 7. | Citi MasterCard<br>Processing Center<br>Des Moines, IA  50364-0001 | Unsecured Claims | $ 4,991.18 |
| 8. | Citibank - Gateway USA, NA<br>Processing Center<br>Des Moines, IA  50364-0001 | Unsecured Claims | $ 4,899.18 |
| 9. | Citibank (South Dakota)<br>P.O. box 689182<br>Des Moines, IA  50364 | Unsecured Claims | $ 5,682.92 |
| 10. | CitiBank (South Dakota, N.A.)<br>P.O. Box 689182<br>Des Moines, IA  50364 | Unsecured Claims | $ 27,962.67 |
| 11. | Corporate America Family Family C.U.<br>P.O. Box 7609<br>Elgin, IL  60121-7609 | Unsecured Claims | $ 10,250.00 |
| 12. | CountryWide Mortgage Company<br>P.O. Box 650070<br>Dallas, TX  75265-0070 | Secured Claims | $ 446,000.00 |
| 13. | County of Will -- Real Estate Tax Dept<br>302 N. Chicago S.<br>Joliet, IL  60432-4059 | Priority Claims | $ 6,159.90 |
| 14. | Debt Relief Services Marketing<br>65W-1 Division, #121<br>Eugene, Oregon  97404-2485 | Unsecured Claims | $ 0.00 |

In re:  **Melvin L. Thomas**
        **Carol L Van Arkel**

Case No. _____

| | | | |
|---|---|---|---|
| 15. | **Discover**<br>P.O. box 30395<br>**Salt Lake City, UT  84130-0395** | **Unsecured Claims** | $ 12,762.77 |
| 16. | **Discover Financial Services**<br>P.O. box 30395<br>**Salt Lake City, UT  84130-0395** | **Unsecured Claims** | $ 12,300.00 |
| 17. | **Key Bank**<br>P.O. box 94968<br>**Cleveland, OH  44101-4968** | **Priority Claims** | $    0.00 |
| 18. | **MBNA America Bank, NA**<br>P.O. box 15019<br>**Wilmington, DE  19886-5019** | **Unsecured Claims** | $  6,730.22 |
| 19. | **Sears Gold MasterCard**<br>P.O. Box 182156<br>**Columbus, OH  43218-2156** | **Unsecured Claims** | $ 14,828.18 |
| 20. | **Select A Fee Real Estate Agency**<br>932 West Madison<br>**Chicago, IL  60607** | **Unsecured Claims** | $  1,000.00 |
| 21. | **Will County Real Estate Dept**<br>302 N. Chicago S<br>**Joliet, IL  60432-4059** | **Priority Claims** | $   319.00 |

In re:   **Melvin L. Thomas**
**Carol L Van Arkel**

Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Melvin L. Thomas**, and I, **Carol L Van Arkel**, named as debtors in this case, declare under penalty of perjury that we have
read the foregoing Numbered Listing of Creditors, consisting of **3 sheets** (not including this declaration), and that it is true and
correct to the best of our information and belief.

Signature: _____
**Melvin L. Thomas**

Dated: _____

Signature: _____
**Carol L Van Arkel**

Dated: _____

AT & T Universal Credit Card
P.O. Box 8029
Hackensack, NJ  07606

AT & T Universal Credit Card
P.O. Box 688915
Des Moines, IA  50368-8915

Baker, Miller Markoff & Krasny, LLC
Attorneys at Law
29 N. Wacker Dr
5th Floor
Chicago, IL  60606

Baker, Miller Markoff & Krasny, LLC
Attorneys at Law
29 N. Wacker Drive
5th Floor
Chicago, IL  60606-3221

Baker, Miller, Markoff & Krasny, LLC
Attorneys at Law
29 N. Wacker Dr.
5th Fl
Chicago, IL  60606-3221

Baker, Miller, Markoff & Krasny, LLC
Attorneys at Law
29 N. Wacker Dr
5th Fl
Chicago, IL  60606-3221

Bank of America
P.O. Box 45224
Jacksonville, FL  32203

Bank of America, N.A.
P.O. Box 53132
Phoenix, AZ  85072-3132

Bank One (First Card)
P.O. box 50882
Henderson, NV  89016-0882

CarMax
1370 East 79th Place
Merrillville, IN  46410


CarMax Auto Finance
P.O. Box 3174
Milwaukee, WI  53201-3174


Chase Bank USA, NA
P.O. box 52095
Phoenix, AZ  85072-2095


Chase Manhattan
P.O. Box 52095
Phoenix, AZ  85072-2095


Citi Diamond Preferred MasterCard
P.O. Box 6500
Sioux Falls, SD  57117-6500


Citi MasterCard
Processing Center
Des Moines, IA  50364-0001


Citi MasterCard
P.O. Box 689182
Des Moines, IA  50364-0001


Citibank - Gateway USA, NA
Processing Center
Des Moines, IA  50364-0001


Citibank (South Dakota)
P.O. box 689182
Des Moines, IA   50364

CitiBank (South Dakota, N.A.)
P.O. Box 689182
Des Moines, IA  50364


Corporate America Family Family C.U.
P.O. Box 7609
Elgin, IL  60121-7609


CountryWide Mortgage Company
P.O. Box 650070
Dallas, TX  75265-0070


County Attorney for Will County
Will County Office Building
302 N. Chicago S
Joliet, IL  60432-4059


County of Will -- Real Estate Tax Dept
302 N. Chicago S.
Joliet, IL  60432-4059


Debt Relief Services Marketing
65W-1 Division, #121
Eugene, Oregon  97404-2485


Dept of Education


Discover
P.O. box 30395
Salt Lake City, UT  84130-0395


Discover Financial Services
P.O. box 30395
Salt Lake City, UT  84130-0395

```
Fishter & Fisher
Attorneys at Law
120 N. LaSalle St.
Ste#2520
Chicago, IL  60602


Frederick J. Hanna & Assoc., PC
Attorneys at Law
1655 Enterprise Way
Merietta, GA  30067



Great Lakes
P.O. box 3059
Milwaukee, WI  53201-3059



Key Bank
P.O. box 94968
Cleveland, OH  44101-4968



MBNA America Bank, NA
P.O. box 15019
Wilmington, DE  19886-5019



National Arbitration Forum
P.O. box 50191
Minneapolis, MN  55405-0191



Sears Gold MasterCard
P.O. Box 182156
Columbus, OH  43218-2156



Select A Fee Real Estate Agency
932 West Madison
Chicago, IL  60607



The American National Bank of DeKalb Co.
913 South 4th Street
Suite #102
DeKalb, IL  60115
```

Universal Fidelity, LP
P.O. box 941911
Houston, TX  77094-8911


US Attorney for No. Dist of Illinois
219 South Dearborn Street
Chicago, Illinois  60604


Vicking Collection Service, Inc
P.O. Box 59207
Minneapolis, MN  55459-0207


Will County Attorney's Office
Will County Office Building
302 N. Chicago S.
Joliet, IL  60432-4059


Will County Real Estate Dept
302 N. Chicago S
Joliet, IL  60432-4059


Wolpoff & Abramson, LLP
Attorneys at Law
Two Irvington Centre
702 King Farm Blvd., 5th Fl
Rockville, MD  20850

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois
### Eastern Division

In re:   **Melvin L. Thomas**          **Carol L Van Arkel**          Case No. _____

**8000**                              **7944**                        Chapter   **13**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **5 sheet(s)** is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _____                    Signed: _____
                                                  Melvin L. Thomas

Signed: _____                    Signed: _____
        George P. Galanos                          Carol L Van Arkel

Bar No.   **11556-45**