```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 42758
   MELVIN L THOMAS
   CAROL L VANARKEL                           CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-8000    SSN XXX-XX-7944
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/02/05 and confirmed on 02/16/06.

2. The case was converted to Chapter 7 after confirmation, 01/25/2008.

3. The Debtor paid a total of $ 20900.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MORTGAGE ELECTRONIC REG | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE ELECTRONIC REG | MORTGAGE ARRE | 7161.00 | .00 | 7161.00 |
| FIA CARD SERVICES | SECURED VEHIC | .00 | .00 | .00 |
| CARMAX AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | 6159.90 | .00 | 2603.11 |
| WILL COUNTY TREASURER | SECURED | 319.00 | .00 | 319.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 24185.38 | .00 | 1610.60 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 23712.93 | .00 | 1584.89 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 20628.32 | .00 | 1378.73 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5682.92 | .00 | 374.08 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5334.72 | .00 | 355.47 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3411.36 | .00 | 648.16 |
| CORPORATE AMERICA CREDIT | UNSECURED | 9998.17 | .00 | 669.03 |
| DISCOVER BANK | UNSECURED | 11828.85 | .00 | 793.59 |
| DISCOVER BANK | UNSECURED | 11293.77 | .00 | 758.06 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8221.36 | .00 | 544.68 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| REAL ESTATE CONSULTANTS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| KEYBANK NATIONAL ASSOCIA | UNSECURED | 9364.05 | .00 | 574.94 |
| LANCE A RAPHAEL | CO-COUNSEL | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 13639.90 | .00 | 133661.83 | .00 | 147301.73 |

```
PRINCIPAL PAID           10083.11              .00       9292.23           .00      19375.34
INTEREST PAID                 .00              .00           .00           .00           .00
TOTAL PAID               10083.11              .00       9292.23           .00      19375.34
```
The Debtor's attorney, GEORGE GALANOS                    , was allowed $   2200.00
and was paid $    1500.00   direct and $     700.00   through the plan.

The Trustee received $     824.66 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 04/18/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 05 B 42758 MELVIN L THOMAS & CAROL L VANARKEL